UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEAN HARVELL,

Plaintiff - Appellee,

v.

CHET RIGNEY; et al.,

Defendants - Appellants.

No. 25-719

D.C. No.
3:23-cv-00101-CSD
District of Nevada,
Reno

ORDER

Before: M. SMITH and R. NELSON, Circuit Judges, and LEFKOW, District Judge.*

The panel has voted to deny the petition for panel rehearing and rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for panel rehearing and rehearing en banc is **DENIED**.

---

* The Honorable Joan H. Lefkow, United States District Judge for the Northern District of Illinois, sitting by designation.