UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEAN HARVELL,

Plaintiff - Appellee,

v.

CHET RIGNEY; et al.,

Defendants - Appellants,

CURTIS RIGNEY; et al.,

Defendants.

No. 25-719

D.C. No.
3:23-cv-00101-CSD

District of Nevada,
Reno

MANDATE

The judgment of this Court, entered March 23, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT